In the Matter of the PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the CONSOLIDATED ASSURANCE COMPANY, LIMITED, of London, England.

JOSEPH P. GRABFIELD, Appellant.

(Submitted November 17, 1930; decided December 2, 1930.)

*William Otis Badger* and *Alfred L. Pitts* for appellant.
*John M. Downes* and *Clarence C. Fowler* for Superintendent of Insurance, respondent.
*Robert J. Sykes* and *Albert Bonynge* for Henry A. Van De Linde, British liquidator of the Consolidated Assurance Company, Limited, respondent.

Order affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.